# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2738
_____

Freddie L. Willis

*Plaintiff - Appellant*

v.

City of Omaha, Nebraska; Charles Sweeney, in his individual capacity; Cory Billings, in his individual capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: January 24, 2025
Filed: January 29, 2025
[Unpublished]
_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Freddie Willis appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. See Jessie v. Potter, 516 F.3d 709, 712 (8th Cir. 2008) (standard of review); Ball v. City of Lincoln, 870 F.3d 722, 727 (8th Cir. 2017) (at summary judgment, non-movant must substantiate his allegations with sufficient probative evidence that would permit finding in his favor on more than mere speculation; even if some factual dispute exists, movants are entitled to summary judgment if evidence--taken as a whole--is so one-sided that fair-minded trier of fact could not find for non-movant); Bloodworth v. Kan. City Bd. of Police Comm'rs, 89 F.4th 614, 628 (8th Cir. 2023) (plaintiff must prove underlying constitutional violation to prevail on claims of failure-to-intervene or municipal liability).

Accordingly, we affirm and deny as moot Willis's pending motion for oral argument. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan M. Bazis, United States District Judge for the District of Nebraska.